IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**VANESSA CAROL LYNN SMITH**                                                              **PLAINTIFF**

V.                               **CASE NO. 5:23-CV-5223**

**CONSUMER FINANCIAL PROTECTION BUREAU,**
Governmental Consumer Reporting;
**WEALTH MANAGEMENT/ARVEST,** Broker Services;
and **REGIONS BANKING AND INVESTMENTS**                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Amended Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2) and for lack of jurisdiction.

**IT IS SO ORDERED** on this 2nd day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE